IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:02-00005 |
| | ) | Chief Judge Haynes |
| BENNY LAY, | ) | |
| Defendant. | ) | |

## O R D E R

The revocation hearing in this action is continued to **Friday, February 15, 2013 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 29 day of January, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court