U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Kenneth Lee Williams
Docket No.: 1:02-00005-1

TO: The Honorable William J. Haynes, Jr., Chief U.S. District Judge

On January 21, 2009, the following evidence was seized during the offender's period of supervised release and his case has concluded.

On January 21, 2009, Mr. Williams reported to the probation office for a urine screen. William Lord, the drug testing technician found improprieties with the urine specimen indicating the sample was fraudulent. Mr. Williams exposed his shirt and Mr. Lord observed a squeeze bottle tied to his waist with urine still inside. The device was confiscated as evidence of subterfuge. A petition was submitted to the Court on July 23, 2009, requesting a summons for this violation and additional violations.

We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
| --- | --- | --- |
| 253 | 1 | Drug test subterfuge paraphernalia |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable William J. Haynes, Jr.,
Chief U.S. District Judge
1-14-14